UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

DOUGLAS JUDY,
    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,
    Defendant.

CV 06 - 6268 - JO

ORDER

Based upon the stipulation (#19) of the parties, it is hereby **ORDERED** that attorney fees in the amount of $6000.00 and costs in the amount of $0.00, for a total of $6000.00, are awarded to Plaintiff and shall be paid directly to Plaintiff's Attorney, Richard F. McGinty, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. There are no expenses to be paid herein.

DATED this 26 day of October, 2007.

                                                                UNITED STATES DISTRICT JUDGE

presented by:
Richard F. McGinty, OSB # 86071
Attorney for Plaintiff